LAW OFFICE OF
# MARC FERNICH

MARC FERNICH
ALSO ADMITTED IN MASSACHUSETTS

570 LEXINGTON AVENUE, 16TH FLOOR
NEW YORK, NEW YORK 10022
(212) 446-2346
FAX: (212) 446-2330
E-MAIL: MFernEsq@aol.com

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ Oct 6 2005 ★
BROOKLYN OFFICE

October 5, 2005

**BY FAX (718) 260-2497**

Honorable Reena Raggi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Jonathan Wagner, et al.*, CR 00-1078 (RR) (E.D.N.Y.)

Dear Judge Raggi:

I write, on consent of AUSA Christina Dugger, to respectfully request that the Court briefly extend the deadline for defendant Wagner's resentencing papers, from this Friday, Oct. 7, to next Tuesday, Oct. 11. I make this request because several character letters from Mr. Wagner's family and friends remain outstanding, inhibiting my timely completion of the papers. In light of the government's pending request to adjourn the resentencing date, I do not expect this short delay to prejudice the Court or the parties. I appreciate the Court's attention and consideration.

Respectfully,

Marc Fernich

cc:   AUSA Christina Dugger (718) 254-6327
      Barry Gene Rhodes, Esq. (718) 499-0148
      Philip Katowitz, Esq. (718) 797-2718
      (All by Fax)

Granted
s/Reena Raggi
USDJ 10/5/05

Notice: all parties